IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AMERISOURCEBERGEN DRUG CORPORATION | : | |
|---|---|---|
| | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | No. 10-5114 |
| CIOLINO PHARMACY WHOLESALE DISTRIBUTORS, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this      day of May, 2011, it is hereby **ORDERED** that Defendants' "Motion to Dismiss for Lack of Jurisdiction and Improper Venue, and Motion to Partially Dismiss for Failure to State a Claim Upon which Relief can be Granted" (Doc. No. 8) is **GRANTED**, such that:

– Plaintiff's complaint is **DISMISSED**;

– The Clerk of Court is directed to **CLOSE** this case for statistical purposes.


BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**